430 A.2d 1155

**In re Nomination Papers of Gerald R. CARLSON as the Candidate of a Political Body for the Office of Representative in the United States House of Representatives.**

Supreme Court of Pennsylvania.

Argued June 19, 1981.

Decided June 25, 1981.

Gerald R. Carlson, pro se.

Joseph H. Huston, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION OF THE COURT

PER CURIAM:

Order affirmed.